By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

# United States Bankruptcy Court
## District of New Jersey

| | | |
|---|---|---|
| In re: Nazia Kamal, | Case No.: | 26-16312-JNP |
| *Debtor.* | Judge: | Poslusny |

**Notice of Appearance**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Debtor Nazia Kamal. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: June 10, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
     Michael I. Assad