B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of New Jersey

**In re**      Kamal, Nazia

Case No.      **26-16312-JNP**

**Debtor**

Chapter                **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

For legal services, I have agreed to accept ...................................................................................... _____

Prior to the filing of this statement I have received ...................................................................... _____

Balance Due ...................................................................................................................................... _____

☑   **RETAINER**

For legal services, I have agreed to accept and received a retainer of .................................................... **$100.00**

The undersigned shall bill against the retainer at an hourly rate of ........................................................ **$250.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.    See attached engagement agreement.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/25)

Adversary proceedings and appeals.

<div style="border:1px solid">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __06/10/2026__ | __/s/ Michael I. Assad__ |
|---|---|
| *Date* | Michael I. Assad |
| | *Signature of Attorney* |

Bar Number: 338972023
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002-2752
Phone: (609) 808-3300

__Law Office of Mike Assad, P.C.__
*Name of law firm*

</div>

# Law Office of Mike Assad, P.C.

923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002-2752
609-808-3300

**Mike Assad**
Attorney at Law

mike@assad.law
www.mikeassad.law

June 10, 2026

Nazia Kamal
201 Haddon Ave Apt B
West Berlin, NJ 08091

**Re:** **Engagement Agreement – Chapter 7 Bankruptcy**
**Case No. 26-16312-JNP (Bankr. D.N.J.)**

Dear Ms. Kamal:

Thank you for retaining the Law Office of Mike Assad, P.C. (the "Firm") to represent you. This letter confirms the terms of our engagement.

**Scope of Representation.** On June 3, 2026, you filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey, Case No. 26-16312-JNP, acting *pro se*. The Firm agrees to represent you in connection with that case, effective today. This agreement will end when your case is either discharged or dismissed. However, either of us may terminate this agreement at any time, subject to approval by the Bankruptcy Court.

**Retainer Fee.** The retainer fee is $100.00. This fee is earned upon receipt, is not refundable, and will be deposited into the Firm's operating account.

The retainer fee covers the following services:

a.  our telephone conversations yesterday;

b.  our meeting today;

c.  the amendments to your bankruptcy schedules prepared today;

d.  representation at the first meeting of creditors; and

e.  preparation, service, and filing of a motion to compel the release of non-exempt property, if necessary.

Nazia Kamal
June 10, 2026
Page 2

**Additional Services.** Any work other than the services described above will be billed at the rate of $250.00 per attorney hour and $125 per paralegal hour. Invoices for any additional work will be sent monthly and are due within thirty (30) days of the invoice date. This engagement does not include adversary proceedings, appeals, or costs. If any additional work is required, we will discuss it with you first before any fees are incurred.

**File Retention.** The firm will retain copies of all documents in your case electronically for at least five years. You agree to retain all of your original documents for your records and to only give us copies of them.

**General Terms.** This agreement contains all of the terms applicable to our representation and may not be modified except in a writing signed by both of us. There are no promises, terms, conditions, or obligations applicable to our representation except as expressly set forth here. These terms supersede any previous oral or written agreements between us with respect to our representation of you. If any provision of this agreement is held to be invalid or unenforceable, the remaining provisions will continue in full force and effect.

**Disputes.** This agreement is governed by the laws of the State of New Jersey. Any dispute between us within the Bankruptcy Court's jurisdiction will be resolved by that court. All other disputes will be heard exclusively by the Superior Court of New Jersey, Camden Vicinage. Any fee dispute outside the Bankruptcy Court's jurisdiction must first be submitted to the New Jersey Office of Attorney Ethics Fee Arbitration System before being filed in the Superior Court.

If these terms are acceptable, please sign and date this letter in the space provided below.

Sincerely,

**LAW OFFICE OF MIKE ASSAD, P.C.**

Mike Assad
Attorney at Law

**AGREED AND ACCEPTED:**

Nazia Kamal