By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

# United States Bankruptcy Court
# District of New Jersey

| In re: Nazia Kamal, | Case No.: | 26-16312-JNP |
| --- | --- | --- |
| *Debtor.* | Hearing Date: | July 14, 2026 |
| | Judge: | Poslusny |

### Notice of Debtor's Motion to Compel Release of Exempt Property

Debtor Nazia Kamal has filed papers with the court to compel release of exempt property.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

*[This space intentionally left blank. Notice continued on next page.]*

Hearing Date:          July 14, 2026

Hearing Time:          11:00 a.m.

Hearing Location       Mitchell H. Cohen U.S. Courthouse
                       400 Cooper Street, 4th Floor
                       Camden, N.J. 08101

Courtroom Number:  4C

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: June 10, 2026                    **LAW OFFICE OF MIKE ASSAD, P.C.**
                                       *Attorney for Debtor*

                                       By: /s/ Michael I. Assad
                                           Michael I. Assad

2