By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

# United States Bankruptcy Court
# District of New Jersey

| | | |
|---|---|---|
| In re: Nazia Kamal, | Case No.: | 26-16312-JNP |
| *Debtor*. | Hearing Date: | July 14, 2026 |
| | Judge: | Poslusny |

**Certification of Nazia Kamal**

I, Nazia Kamal, the debtor in the above captioned case, submit this certification in support of my motion to compel release of exempt property.

1.      I filed a petition under chapter 7 *pro se* on June 3, 2026 (the "Petition Date").

2.      I have two dependent children, aged 12 and 13, that reside with me.

3.      My children's father, Monir Ahammed, paid me voluntary child support payments in the amount of $400 per month from May 2024, through July 2024, and has paid me $800 per month every month since August 2024.

4.      In all, Mr. Ahammed's child support payments totaled $5,200 in 2024, $9,600 in 2025, and $4,000 from January 1, 2026, through the Petition Date, for a grand total of $18,800, all of which was deposited into my Wells Fargo checking account #XXXXXX7653 (the "Account").

5.      On the Petition Date, the balance in the Account was $34,540, the primary source of which was my wages and the above child support payments.

6.      When preparing Schedule A/B, I erroneously listed the value of the Account as $3,500.00, and erroneously exempted the same amount on Schedule C, which erroneously caused much of the funds in the Account to appear to be non-exempt.

7.      Upon information and belief, on or about June 8, 2026, the interim chapter 7 trustee caused Wells Fargo to place a hold on the Account in the approximate amount of $34,540.

8.      I have since retained an attorney to represent me in this case.

9.      With the assistance of my attorney, I have amended Schedule A/B to reflect the correct value of the Account as of the Petition Date, and to claim the entire value of the Account as exempt under applicable law.

10.     Because I rely on the funds in the Account for payment of necessary expenses for myself and my dependent children, including sustenance and housing, we will experience significant hardship if the funds are not released.

11.     I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.


Date: June 10, 2026                          /s/ Nazia Kamal
                                             Nazia Kamal