By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

# United States Bankruptcy Court
# District of New Jersey

| In re: Nazia Kamal, | Case No.: | 26-16312-JNP |
| --- | --- | --- |
| *Debtor*. | Hearing Date: | July 14, 2026 |
| | Judge: | Poslusny |

## Statement as to Why No Brief is Necessary

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: June 10, 2026

/s/ Michael I. Assad
Michael I. Assad