By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

# United States Bankruptcy Court
## District of New Jersey

| | | |
|---|---|---|
| In re: Nazia Kamal, | Case No.: | 26-16312-JNP |
| *Debtor*. | Hearing Date: | July 14, 2026 |
| | Judge: | Poslusny |

### Order Compelling Release of Exempt Property

The relief set forth on the following page is hereby **ORDERED**.

### Order Compelling Release of Exempt Property (continued)

Upon the Motion of Debtor Nazia Kamal for entry of an order compelling the release of exempt property, namely the funds held in the Debtor's Wells Fargo checking account ending in 7653 (the "Account"); and the Debtor's certification in support of the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and due and proper notice of the Motion having been given; and a hearing on the Motion having been held; and the Court having found good and sufficient cause for the relief requested; it is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The interim chapter 7 trustee is directed to take all steps reasonably necessary to cause the release of the hold placed on the Account and to authorize Wells Fargo to release the funds in the Account to the Debtor.

3.  This is not a final determination that the funds in the Account are exempt.

4.  The release of the funds is without prejudice to the right of the interim chapter 7 trustee or any party in interest to object to any exemption within the time prescribed by Fed. R. Bankr. P. 4003(b).

5.  The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

###