By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

# United States Bankruptcy Court
# District of New Jersey

| | | |
|---|---|---|
| In re: Nazia Kamal, | Case No.: | 26-16312-JNP |
| *Debtor.* | Hearing Date: | July 14, 2026 |
| | Judge: | Poslusny |

**Certification of Service**

1.    I, Michael I. Assad, represent Nazia Kamal, the debtor in this matter.

2.    On June 10, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   • Debtor's Motion to Compel Release of Exempt Property

3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 10, 2026          /s/ Michael I. Assad
                             Michael I. Assad

Case 26-16312-JNP    Doc 13-4    Filed 06/10/26    Entered 06/10/26 17:02:24    Desc
Certificate of Service    Page 2 of 4

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| United States Trustee | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other FRCP 5(b)(2)(E)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew Sklar | Interim Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other FRCP 5(b)(2)(E)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Amex<br>PO Box 981537<br>El Paso, TX 79998-1537 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| BK of Amer<br>POB 15026<br>Wilmington, DE 19850-5026 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
|---|---|---|
| Citi<br>PO Box 9001037<br>Louisville, KY 40290-1037 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
| JPMCB Card<br>PO Box 6294<br>Carol Streams, IL 60197-6294 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
| Jefferson Capital System<br>200 14th Avenue East<br>Sartell, MN 56377-4500 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
| Larry Lynch<br>201 Haddon Avenue<br>Berlin Twp., NJ 08091-1658 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |

| Macys/CBNA<br>PO Box 6789<br>Sioux Falls, SD 57117-6789 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|---|---|---|
| SYNCB/Ntwk<br>PO Box 71757<br>Philadelphia, PA 19176-1757 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Truist Bank<br>PO Box 85052<br>Richmond, VA 23285-5052 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo<br>488 E Evesham Rd<br>Cherry Hill, NJ 08003 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |