UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew Sklar, Esquire (AS3105)
SKLAR LAW, LLC
1020 Laurel Oak Road, Suite 203
Voorhees, NJ 08043
(856) 258-4050
Attorneys for Chapter 7 Trustee

In Re:
**NAZIA KAMAL**

Case No.:     **26-16312 JNP**

Judge:        Jerrold N Poslusny

Chapter:      _____7_____

## APPLICATION FOR RETENTION OF PROFESSIONAL

1.    The applicant, _____ANDREW SKLAR_____, is the (check all that apply):

☒    Trustee:        ☒    Chap. 7        ☐    Chap. 11        ☐    Chap. 13.

☐    Debtor:         ☐    Chap. 11        ☐    Chap. 13

☐    Official Committee of _____

2.    The applicant seeks to retain the following professional ____Sklar Law LLC_____ to
serve as (check all that apply):

☒    Attorney for:        ☒    Trustee        ☐    Debtor-in-Possession

☐    Official Committee of _____

☐    Accountant for:        ☐    Trustee        ☐    Debtor-in-possession

☐    Official Committee of _____

☐   Other Professional:

   ☐   Realtor        ☐   Appraiser        ☐   Special Counsel

   ☐   Auctioneer     ☐   Other (specify): _____

3.   The employment of the professional is necessary because:

   __numerous legal services need to be rendered to the estate.

   _____

   _____

4.   The professional has been selected because:

   __they have considerable experience in matters of this character and I believe they are well qualified to

   represent the Trustee

   _____

5.   The professional services to be rendered are as follows: _

   to prepare on behalf of Trustee necessary petitions, answers, orders, reports and other legal pleadings; to

   perform all other legal services for Trustee that may be necessary herein

   _____

6.   The proposed arrangement for compensation is as follows: __

   Hourly, based on the rates in effect at the time the services are rendered,

   _subject to Bankruptcy Court  approval

   _____

7.   To the best of the applicant's knowledge, the professional's connection with the debtor, creditors,

   any other party in interest, their respective attorneys and accountants, the United States trustee, or

   any person employed in the office of the United States trustee, is as follows:

   ☒   None

   ☐   Describe connection: _____

   _____

   _____

8.      To the best of the applicant's knowledge, the professional (check all that apply):

⊠    does not hold an adverse interest to the estate.

⊠    does not represent an adverse interest to the estate.

⊠    is a disinterested person under 11 U.S.C. § 101(14).

⊠    does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐    Other; explain: _____

_____

_____

9.      If the professional is an auctioneer, appraiser or realtor, the location and  description of the property is as follows: _____

_____

_____

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: _____6/11/2026_____                        _/s/ Andrew Sklar_____
                                                                      Signature of Applicant

*rev.8/1/15*

3