<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew Sklar, Esquire (AS3105)
SKLAR LAW, LLC
1020 Laurel Oak Road, Suite 203
Voorhees, NJ 08043
(856) 258-4050
Attorney for Chapter 7 Trustee

In Re:

**NAZIA KAMAL**

</td><td>

Case No.:   **26-16312 JNP**

Chapter:            7

Adv. No.:

Hearing Date:

Judge:       Jerrold N Poslusny

</td></tr>
</table>

## CERTIFICATION OF SERVICE

1. I, <u>DOLORES E MURPHY</u>:

☐ represent _____ in this matter.

☒ am the secretary/paralegal for <u>Andrew Sklar</u>, who represents <u>Chapter 7 Trustee</u> in this matter

☐ am the _____ in this case and am representing myself.

2. On 6/11/2026_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Application to Employ General Counsel, Certification in support and proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  6/11/26                    /s/ Dolores E. Murphy_____
                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Nazia Kamal**<br>201 Haddon Avenue<br>Apt B<br>West Berlin, NJ 08091 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
| **Michael I. Assad, Esquire**<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road<br>Suite 336<br>Cherry Hill, NJ 08002 | Atty for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
| OFFICE OF US TRUSTEE<br>One Newark Center, Ste 2100<br>Newark, NJ  07102 | USTO | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
| Ally Financial<br>PO Box 380901<br>Bloomington, MN  55438 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
| No Secured Creditors or Appearances | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ECF<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ECF<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |

*rev.8/1/16*