UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew Sklar, Esquire (AS3105)
SKLAR LAW, LLC
1020 Laurel Oak Road, Suite 203
Voorhees, NJ 08043
(856) 258-4050
Attorneys for Chapter 7 Trustee

**Order Filed on June 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**NAZIA KAMAL**

Case No.:     **26-16312 JNP**

Chapter:     7

Judge:     __Jerrold N Poslusny__

## ORDER AUTHORIZING RETENTION OF

_____SKLAR LAW LLC_____

The relief set forth on the following page is **ORDERED**.

**DATED: June 22, 2026**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____SKLAR LAW LLC_____ as

__General Counsel to Chapter 7 Trustee__, it is hereby ORDERED:

1.    The applicant is authorized to retain the above party in the professional capacity noted.
      The professional's address is:    _1020 Laurel Oak Road, Suite 203_____
                                        _Voorhees, NJ  08043_____
                                        _Phone:  (856) 258-4050_____

2.    Compensation will be paid in such amounts as may be allowed by the Court on proper
      application(s).

3.    If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

      ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

      ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
      13 case. Payment to the professional may only be made after satisfactory completion of
      services.

4.    The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*