**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

In Re:Nazia Kamal                                                    Docket # 26-16312

                                                                    **Chapter 7**

                    Debtor(s),

_____

**NOTICE OF HEARING**

Please be advised that the Court has received an Objection by the Trustee, Andrew Sklar, to
exemptions claimed by the Debtor(s) and that a hearing has been scheduled..

The Debtor(s) is/are directed to file a response by: **July 7, 2026**

**HEARING DATE: JJuly 14, 2026        at     11:00am     or as soon thereafter as**
counsel may
                                              be heard.

**LOCATION:** U.S. Bankruptcy Court, Mitchell Cohen Federal Court House
              4th & Cooper Streets, 4th Floor, Courtroom 4C, Camden, NJ 08101

_____

                                              –

                                    **JEANNE A. NAUGHTON, CLERK**

Service made on 6/23/2026 to:  Debtor, Trustee, U.S. Trustee