**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:Nazia Kamal                                      Docket # 26-16312

                                                       **Chapter 7**
          Debtor(s),

_____

**NOTICE OF HEARING**

Please be advised that the Court has received an Objection by the Trustee, Andrew Sklar, to exemptions claimed by the Debtor(s) and that a hearing has been scheduled..

The Debtor(s) is/are directed to file a response by: **July 7, 2026**

**HEARING DATE: JJuly 14, 2026      at     11:00am**     or as soon thereafter as counsel may
                                                be heard.

**LOCATION:** U.S. Bankruptcy Court, Mitchell Cohen Federal Court House
          4th & Cooper Streets, 4th Floor, Courtroom 4C, Camden, NJ 08101

_____

                                        _

                                        **JEANNE A. NAUGHTON, CLERK**

Service made on 6/23/2026 to:  Debtor, Trustee, U.S. Trustee

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-16312-JNP

Nazia Kamal                                                                           Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 23, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

**Recip ID             Recipient Name and Address**
db             + Nazia Kamal, 201 Haddon Avenue, Apt B, West Berlin, NJ 08091-1658

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026                  Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Sklar | andy@sklarlaw.com<br>NJ43@ecfcbis.com;sklar@premierremote.com;NJ18@ecfcbis.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Andrew Sklar | on behalf of Trustee Andrew Sklar andy@sklarlaw.com<br>NJ43@ecfcbis.com;sklar@premierremote.com;NJ18@ecfcbis.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Michael I. Assad | on behalf of Debtor Nazia Kamal mike@assad.law<br>mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4