By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
608-808-3300
mike@assad.law
*Attorney for Debtor*

## United States Bankruptcy Court
## District of New Jersey

In re:

    Nazia Kamal,

                  Debtor.

Case No.   26-16312-JNP

Chapter:   7

Hearing:   July 14, 2026

**Certification of Nazia Kamal in Support of
Debtor's Response to Objection to Claim of Exemptions**

I, Nazia Kamal, hereby certify as follows:

1.     I am the Debtor in this Chapter 7 case.

2.     I make this certification in support of my Response to the Chapter 7 Trustee's Objection to my claim of exemptions.

3.     The facts stated here are based on my own personal knowledge. If called to testify, my testimony would be consistent with the facts stated here.

4.     I am a single mother of two minor children (the "Children").

5.     I care for the Children and provide for their daily needs, including their food, clothing, and housing.

6.     The Children's father is Monir Ahammed. He and I have never gone to court to set child support. He pays it on his own, directly to me, for the benefit of the Children.

7.      Mr. Ahammed sends the child support by Zelle transfer into my Wells Fargo checking account ending in 7653. Each time he sends a payment, Wells Fargo sends me a text message confirming the deposit. Attached as Exhibit A are true and correct copies of those confirmations. They identify the sender as "MONIR AHAMMED," name the Children, and in one instance state that the payment is for "Child Support."

8.      The payments shown in Exhibit A are child support for the Children. Between 2024 and 2026, I received approximately $18,800 in this support, which I keep in my Wells Fargo account.

9.      I rent the home where I live with the Children from my landlord, Larry Lynch.

10.     A true and correct copy of my residential lease is attached as Exhibit B.

11.     My lease sets the rent at $1,450 per month, or $17,400 for the year, and provides that I must pay the full year's rent up front, together with the security deposit, when I sign the lease.

12.     Mr. Lynch requires this advance payment because of my poor credit history.

13.     I therefore pay my rent for the entire year in a single payment. I paid the current year by cashier's check dated November 14, 2025. A true and correct copy of the check is attached as Exhibit C.

14.     Mr. Lynch owns Seymour's BBQ and asked me to make the check payable to Seymour's BBQ.

15.     Because my rent comes due once a year in a single payment, I must set aside and hold enough money to pay it when it is due. The child support I receive is the money I rely on for that, and for the Children's other needs.

16.     I need the money in my account to provide for the Children and to keep a roof over their heads. If I lose it, I will not be able to pay next year's rent, and the Children and I could lose our home.

I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.


Date: July 6, 2026                    /s/ Nazia Kamal
                                      Nazia Kamal