By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
608-808-3300
mike@assad.law
*Attorney for Debtor*

## United States Bankruptcy Court
## District of New Jersey

In re:

    Nazia Kamal,

             Debtor.

Case No.   26-16312-JNP

Chapter:   7

Hearing:   July 14, 2026

### Certification of Michael I. Assad in Support of
### Debtor's Response to Objection to Claim of Exemptions

I, Michael I. Assad, hereby certify as follows:

1.     I am an attorney at law of the State of New Jersey and the principal of the Law Office of Mike Assad P.C., attorney for Debtor Nazia Kamal.

2.     I make this certification in support of the Debtor's Response to the Chapter 7 Trustee's Objection to her claim of exemptions.

3.     The facts stated here are based on my personal knowledge and my review of the record in this case.

4.     I was admitted to practice law in Pennsylvania on October 18, 2021, and in New Jersey on March 3, 2023.

5.     I have represented more than seven hundred debtors in bankruptcy cases under chapters 7, 11, and 13.

6.     I served as a member of the Eastern District of Pennsylvania Bankruptcy rules committee from 2024 to 2025, lectured on bankruptcy matters for the Pennsylvania Bar Institute, served as a circuit leader for the National Association of Consumer Bankruptcy Attorneys from 2024 to 2026, and currently serve as the consumer education chair of the Eastern District of Pennsylvania Bankruptcy Conference.

7.     Through that experience, I have become familiar with how Chapter 7 estates are administered, how a trustee's commission and professional fees are calculated and paid, and how funds are distributed to creditors.

8.     I prepared the Analysis of Hypothetical Liquidation of Debtor's Estate attached to the Debtor's Response as Exhibit D. Exhibit D is a true and correct copy of that analysis. I prepared it from the Debtor's filed schedules and the experience described above.

9.     Exhibit D estimates what the Debtor's unsecured creditors would receive if the Court disallowed the Debtor's claimed exemption in her child support and the Trustee administered this case as an asset case.

10.     In preparing Exhibit D, I applied the trustee's statutory commission under 11 U.S.C. § 326(a) and assumed estimated professional fees of approximately $5,000. The estimated professional fees are based on my experience with the fees that trustees and their professionals typically incur in comparable Chapter 7 cases.

I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: July 6, 2026

_____

Michael I. Assad

2