



MONIR AHAMMED sent you $400.00. We deposited it in your WF account 7653. Reply STOP to end. Msg&Data rates may apply.

Jun 14, 2024 at 12:34 PM

MONIR AHAMMED sent you $400.00 for Z███. We deposited it in your WF account 7653. Reply STOP to end. Msg&Data rates may apply.

Jul 14, 2024 at 3:50 PM

MONIR AHAMMED sent you $400.00. We deposited it in your WF account 7653. Reply STOP to end. Msg&Data rates may apply.

Aug 15, 2024 at 10:48 PM

MONIR AHAMMED sent you $800.00 for Child sup.... We deposited it in your WF account 7653. Reply STOP to end. Msg&Data rates may apply.

Aug 31, 2024 at 9:01 PM

MONIR AHAMMED sent you $100.00. We deposited it in your WF account 7653. Reply STOP to end. Msg&Data rates may apply.

Sep 14, 2024 at 10:25 PM

MONIR AHAMMED sent you $800.00 for Z███ Z███. We deposited it in your WF account 7653. Reply STOP to end. Msg&Data rates may apply.

Text Message · SMS

MONIR AHAMMED sent you $800.00



**11:07**  Sep 14, 2024 at 10:25 PM  5G

MONIR AHAMMED se... $800.00
Z... Z... We ... d it in
your WF account 765... STOP
to end. Msg&Data ...ply.

**93729**

Oct 14, 2024 at 5:39 PM

MONIR AHAMMED sent you $800.00
for Z▓▓ and.... We deposited it in
your WF account. Reply STOP to
end. Msg&Data rates may apply.

Oct 19, 2024 at 11:05 AM

You added James D. as a Wells Fargo
Zelle(R) recipient. Reply STOP to
end. Msg&Data rates may apply.

Nov 1, 2024 at 10:06 PM

GCLEA . sent you $5.00 for Test
payment. We deposited it in your WF
account. Reply STOP to end.
Msg&Data rates may apply.

GCLEA . sent you $295.00 for
Second pa.... We deposited it in your
WF account. Reply STOP to end.
Msg&Data rates may apply.

Nov 2, 2024 at 9:55 AM

GCLEA . sent you $200.00 for Final
pay.... We deposited it in your WF
account. Reply STOP to end.
Msg&Data rates may apply.

Nov 14, 2024 at 7:09 PM

MONIR AHAMMED sent you $800.00
for Z▓▓ and.... We deposited it in
your WF account. Reply STOP to
end. Msg&Data rates may apply.

＋    Text Message • SMS

MONIR AHAMMED sent you



**11:07**

Nov 14, 2024 at 7:09 PM

**93729**

Dec 13, 2024 at 4:25 PM

MONIR AHAMMED sent you $800.00. We deposited it in your WF account. Reply STOP to end. Msg&Data rates may apply.

Jan 14, 2025 at 6:12 PM

MONIR AHAMMED sent you $800.00 for Z▇ and.... We deposited it in your WF account. Reply STOP to end. Msg&Data rates may apply.

Feb 14, 2025 at 5:52 PM

MONIR AHAMMED sent you $800.00 for Z▇ and.... We deposited it in your WF account. Reply STOP to end. Msg&Data rates may apply.

Mar 13, 2025 at 5:12 PM

MONIR AHAMMED sent you $800.00. We deposited it in your WF account. Reply STOP to end. Msg&Data rates may apply.

Mar 21, 2025 at 6:35 PM

MONIR AHAMMED sent you $200.00 for Z▇ Z▇.... We deposited it in your WF account. Reply STOP to end. Msg&Data rates may apply.

Apr 14, 2025 at 3:45 PM

MONIR AHAMMED sent you $900.00





Dec 13, 2024 at 4:25 PM

MONIR AHAMMED sent you $800.00. We deposited it in your WF account. Reply STOP to end. Msg&Data rates may apply.

Jan 14, 2025 at 6:12 PM

MONIR AHAMMED sent you $800.00 for Z▆▆ and.... We deposited it in your WF account. Reply STOP to end. Msg&Data rates may apply.

Feb 14, 2025 at 5:52 PM

MONIR AHAMMED sent you $800.00 for Z▆▆ and.... We deposited it in your WF account. Reply STOP to end. Msg&Data rates may apply.

Mar 13, 2025 at 5:12 PM

MONIR AHAMMED sent you $800.00. We deposited it in your WF account. Reply STOP to end. Msg&Data rates may apply.

Mar 21, 2025 at 6:35 PM

MONIR AHAMMED sent you $200.00 for Z▆▆ Z▆.... We deposited it in your WF account. Reply STOP to end. Msg&Data rates may apply.

Apr 14, 2025 at 3:45 PM

MONIR AHAMMED sent you $900.00







**11:07**

Mon, Sep 1 at 6:50 AM

93729 ›

Sun, Sep 14 at 7:58 PM

MONIR AHAMMED sent you $800.00 for Z█████ and.... We deposited it in your WF account. Reply STOP to end. Msg&Data rates may apply.

Tue, Oct 14 at 1:18 PM

MONIR AHAMMED sent you $800.00 with Zelle(R). We deposited it into your Wells Fargo account. Reply STOP to end. Msg&Data rates may apply.

Fri, Nov 14 at 4:18 PM

MONIR AHAMMED sent you $800.00 with Zelle(R) for Z█████ and.... We deposited it into your Wells Fargo account. Reply STOP to end. Msg&Data rates may apply.

Sun, Dec 14 at 1:29 PM

MONIR AHAMMED sent you $800.00 with Zelle(R) for Z█████ and.... We deposited it into your Wells Fargo account. Reply STOP to end. Msg&Data rates may apply.

Wed, Jan 14 at 2:12 PM

MONIR AHAMMED sent you $800.00 with Zelle(R) for Z█████ and.... We deposited it into your Wells Fargo account. Reply STOP to end. Msg&Data rates may apply.

Text Message · SMS

MONIR AHAMMED sent you $800.00



**93729** ›

Sat, Feb 14 at 11:03 AM

MONIR AHAMMED sent you $800.00 with Zelle(R) for Z█████ and.... We deposited it into your Wells Fargo account. Reply STOP to end. Msg&Data rates may apply.

Sat, Mar 14 at 8:49 PM

MONIR AHAMMED sent you $800.00 with Zelle(R) for Z█████ and.... We deposited it into your Wells Fargo account. Reply STOP to end. Msg&Data rates may apply.

Tue, Apr 14 at 11:59 AM

MONIR AHAMMED sent you $800.00 with Zelle(R) for Z█████ Z█████. We deposited it into your Wells Fargo account. Reply STOP to end. Msg&Data rates may apply.

Thu, May 7 at 9:00 PM

MONIR AHAMMED sent you $85.00 with Zelle(R). We deposited it into your Wells Fargo account. Reply STOP to end. Msg&Data rates may apply.

Thu, May 14 at 8:22 PM

MONIR AHAMMED sent you $800.00 with Zelle(R) for Z█████ Z█████. We deposited it into your Wells Fargo account. Reply STOP to end. Msg&Data rates may apply.

Text Message · SMS

MONIR AHAMMED sent you $65.00

