

**EXHIBIT**
**C**

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

**CASHIER'S CHECK**

6775103547

| 0067751 | 11-24 |
| Office AU # | 1210(8) |

Remitter:    **NAZIA KAMAL**
Operator I.D.:    **u595308 u595308**

November 14, 2025

PAY TO THE ORDER OF    **\*\*\*SEYMOURS BBQ\*\*\***

**\*\*Seventeen Thousand Four Hundred and 00/100 -US Dollars \*\***

**\*\*$17,400.00\*\***

VOID IF OVER US $ 17,400.00

Payee Address:
Memo:    **FULL YEAR RENT**

**WELLS FARGO BANK, N.A.**
488 E EVESHAM RD
CHERRY HILL, NJ 08003
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

Authorized Signature

⑈6775103547⑈ ⑆121000248⑆4861 ⬛356 2⑈