

**Analysis of Hypothetical Liquidation of Debtor's Estate**

Scheduled Value of Estate ........................................$42,671

Scheduled Exemptions .......................................... ($38,690)

Disallowed Exemption................................................$18,800

**Non-Exempt Property .............................................$22,781**

| Recipient | Estimated Distribution |
| --- | --- |
| Trustee ................................................................... | ($8,028) |
|     Estimated Professional Fees.......................... | ($5,000) |
|     Commission.................................................. | ($3,028) |
| Scheduled Secured Claims................................................ | $0 |
| Scheduled Priority Unsecured Claims................................ | $0 |
| Scheduled General Unsecured Claims ................... | ($14,753) |
|     Bank of America ........................................... | ($5,287) |
|     American Express ......................................... | ($2,482) |
|     Truist............................................................. | ($2,368) |
|     Chase ........................................................... | ($1,816) |
|     Capital One.................................................... | ($1,647) |
|     Citi ................................................................. | ($876) |
|     Jefferson Capital............................................. | ($277) |