By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
608-808-3300
mike@assad.law
*Attorney for Debtor*

### United States Bankruptcy Court
### District of New Jersey

In re:                                                    Case No.   26-16312-JNP

         Nazia Kamal,                                     Chapter:   7

                          Debtor.                         Hearing:   July 14, 2026


**Order Overruling Objection to Debtor's Claim of Exemptions**

The relief described on Page 2 of this order is hereby **ORDERED**

### Order Overruling Objection to Debtor's Claim of Exemptions (Cont'd)

Upon consideration of the Objection to the Debtor's Claim of Exemptions filed by chapter 7 Trustee Andrew Sklar, the response filed by Debtor Nazia Kamal, with a hearing having been held on July 14, 2026, and the Trustee having failed to fulfill his burden of proof, it is hereby **ORDERED** that:

1.	The Objection is **OVERRULED** with prejudice.

*###*