By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
608-808-3300
mike@assad.law
*Attorney for Debtor*

## United States Bankruptcy Court
## District of New Jersey

| In re: | | Case No. | 26-16312-JNP |
|---|---|---|---|
| Nazia Kamal, | | Chapter: | 7 |
| | Debtor. | Hearing: | July 14, 2026 |

### Certification of Service

1.     I, Michael I. Assad, represent Nazia Kamal, the debtor in this matter.

2.     On July 6, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

- Debtor's Response to Objection to Claim of Exemptions

3.     I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 6, 2026

_____
Michael I. Assad

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other FRCP 5(b)(2)(E)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew Sklar | Interim Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other FRCP 5(b)(2)(E)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |