ANDREW SKLAR
CHAPTER 7 TRUSTEE
1020 Laurel Oak Road, Suite 203
Voorhees, New Jersey 08043
(856) 258-4050
Andrew Sklar, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

_____ x

In re:

**Nazia Kamal** ,

      Debtor

Chapter 7

Case No. **26-16312 JNP**

_____ x

**NOTICE TO UNITED STATES TRUSTEE OF CHANGE OF
NO-ASSET CHAPTER 7 CASE TO ASSET CHAPTER 7 CASE**

The following No-Asset Chapter 7 case should be designated as an Asset Chapter 7 Case:

NAME OF CASE:   **Nazia Kamal**

CASE NUMBER:   **26-16312 JNP**

AMOUNT OF FUNDS ON HAND:   $0.00

IF THERE ARE NO FUNDS ON HAND, BUT ASSETS THAT WILL PRODUCE FUNDS
FOR THIS ESTATE, INDICATE ACTUAL OR ESTIMATE VALUE OF THE ASSETS:

ACTUAL VALUE:   UNKNOWN

ESTIMATED VALUE   UNKNOWN

OTHER INFORMATION RELATING TO STATUS OF CASE

SIGNATURE OF TRUSTEE:   */s/ Andrew Sklar*

NAME OF TRUSTEE:   Andrew Sklar   DATED: 7/15/26