By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

Order Filed on July 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# United States Bankruptcy Court
# District of New Jersey

| In re: Nazia Kamal, | Case No.: | 26-16312-JNP |
| --- | --- | --- |
| *Debtor*. | Hearing Date: | July 14, 2026 |
| | Judge: | Poslusny |

### Order Compelling Release of Exempt Property

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 16, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Order Compelling Release of Exempt Property (continued)**

Upon the Motion of Debtor Nazia Kamal for entry of an order compelling the release of exempt property, namely the funds held in the Debtor's Wells Fargo checking account ending in 7653 (the "Account"); and the Debtor's certification in support of the Motion; and chapter 7 Trustee Andrew Sklar's certification in objection thereto; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and due and proper notice of the Motion having been given; and a hearing on the Motion having been held; and the Court having found good and sufficient cause for the relief requested; it is hereby **ORDERED** that:

1.  The Motion is **GRANTED** in part.

2.  The Trustee is directed to take all steps reasonably necessary to authorize Wells Fargo to release $11,759.00 of the funds in the Account to the Debtor.

3.  Wells Fargo is authorized and directed to release $3,981.00 of the funds in the Account to the Trustee.

4.  Wells Fargo shall continue to hold $18,800.00 of the funds in the Account pending further order of the Court.

5.  This order without prejudice to the right of the Trustee or any party in interest to object to any exemption within the time prescribed by Fed. R. Bankr. P. 4003(b) and is not a final determination of any such objection now pending.

6.  The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this order.

###