FORM NOA (Notice of Assets and Deadline to File Proof of Claim)

## NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102
Telephone number: 856−361−2300

Honorable Jerrold N. Poslusny Jr., U.S. Bankruptcy Judge

| CASE NUMBER: 26−16312−JNP | DATE FILED:: 6/3/26 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**<br>Nazia Kamal<br>xxx−xx−6203 | **ADDRESS OF DEBTOR(S):**<br><br>201 Haddon Avenue<br>Apt B<br>West Berlin, NJ 08091 |
| DEBTOR'S ATTORNEY:<br>Michael I. Assad<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road<br>Suite 336<br>Cherry Hill, NJ 08002<br><br>609−808−3300 | TRUSTEE:<br>Andrew Sklar<br>Andrew Sklar, Chapter 7 Trustee<br>1020 Laurel Oak Road<br>Suite 203<br>Voorhees, NJ 08043<br>856−258−4050 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

10/13/26

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: July 15, 2026

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-16312-JNP |
| Nazia Kamal | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 15, 2026 | Form ID: noa | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nazia Kamal, 201 Haddon Avenue, Apt B, West Berlin, NJ 08091-1658 |
| aty | + | Sklar Law, LLC, 1020 Laurel Oak Road, Suite 203, Voorhees, NJ 08043-3518 |
| 521238325 | + | Larry Lynch, 201 Haddon Avenue, Berlin Twp., NJ 08091-1658 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 15 2026 21:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 15 2026 21:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521238310 | + | EDI: CITICORP | Jul 16 2026 01:16:00 | Amex, 9111 Duke Boulevard, Mason, OH 45040-8999 |
| 521238315 | + | Email/PDF: bncnotices@becket-lee.com | Jul 15 2026 21:39:29 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 521238316 | + | EDI: BANKAMER | Jul 16 2026 01:16:00 | BK of Amer, POB 15026, Wilmington, DE 19850-5026 |
| 521238314 | + | EDI: BANKAMER | Jul 16 2026 01:16:00 | Bank of America NA, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 521238313 | + | EDI: CITICORP | Jul 16 2026 01:16:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 521238317 | | EDI: CAPITALONE.COM | Jul 16 2026 01:16:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 521246914 | + | EDI: JPMORGANCHASE | Jul 16 2026 01:16:00 | Chase, PO Box 6294, Carol Stream, IL 60197-6294 |
| 521238318 | | EDI: CITICORP | Jul 16 2026 01:16:00 | Citi, PO Box 9001037, Louisville, KY 40290-1037 |
| 521238319 | + | EDI: CAPITALONE.COM | Jul 16 2026 01:16:00 | Discover/Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 521238320 | + | EDI: JPMORGANCHASE | Jul 16 2026 01:16:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 521238321 | + | EDI: JPMORGANCHASE | Jul 16 2026 01:16:00 | JPMCB Card, PO Box 6294, Carol Streams, IL 60197-6294 |
| 521238323 | + | EDI: JEFFERSONCAP.COM | Jul 16 2026 01:16:00 | Jefferson Capital System, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 521238322 | | EDI: JEFFERSONCAP.COM | Jul 16 2026 01:16:00 | Jefferson Capital Systems LLC, PO Box 772813, Chicago, IL 60677-2813 |
| 521238312 | + | EDI: CITICORP | Jul 16 2026 01:16:00 | Macys/CBNA, PO Box 6789, Sioux Falls, SD |

District/off: 0312-1                                    User: admin                                    Page 2 of 2
Date Rcvd: Jul 15, 2026                                Form ID: noa                                   Total Noticed: 21

|         |     |                              |                    | 57117-6789                                          |
|---------|-----|------------------------------|--------------------|-----------------------------------------------------|
| 521238311 | + | EDI: SYNC                    | Jul 16 2026 01:16:00 | SYNCB/Ntwk, PO Box 71757, Philadelphia, PA 19176-1757 |
| 521238324 | + | Email/Text: bankruptcy@bbandt.com | Jul 15 2026 21:34:00 | Truist Bank, PO Box 85052, Richmond, VA 23285-5052 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Andrew Sklar | on behalf of Trustee Andrew Sklar andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;NJ18@ecfcbis.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;NJ18@ecfcbis.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Michael I. Assad | on behalf of Debtor Nazia Kamal mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4