By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

Order Filed on July 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## United States Bankruptcy Court
## District of New Jersey

| In re: Nazia Kamal, | Case No.: | 26-16312-JNP |
| --- | --- | --- |
| *Debtor*. | Hearing Date: | July 14, 2026 |
| | Judge: | Poslusny |

### Order Compelling Release of Exempt Property

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 16, 2026**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Order Compelling Release of Exempt Property (continued)**

Upon the Motion of Debtor Nazia Kamal for entry of an order compelling the release of exempt property, namely the funds held in the Debtor's Wells Fargo checking account ending in 7653 (the "Account"); and the Debtor's certification in support of the Motion; and chapter 7 Trustee Andrew Sklar's certification in objection thereto; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and due and proper notice of the Motion having been given; and a hearing on the Motion having been held; and the Court having found good and sufficient cause for the relief requested; it is hereby **ORDERED** that:

1.   The Motion is **GRANTED** in part.

2.   The Trustee is directed to take all steps reasonably necessary to authorize Wells Fargo to release $11,759.00 of the funds in the Account to the Debtor.

3.   Wells Fargo is authorized and directed to release $3,981.00 of the funds in the Account to the Trustee.

4.   Wells Fargo shall continue to hold $18,800.00 of the funds in the Account pending further order of the Court.

5.   This order without prejudice to the right of the Trustee or any party in interest to object to any exemption within the time prescribed by Fed. R. Bankr. P. 4003(b) and is not a final determination of any such objection now pending.

6.   The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this order.

###

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-16312-JNP

Nazia Kamal                                                                            Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 16, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

**Recip ID     Recipient Name and Address**
db       + Nazia Kamal, 201 Haddon Avenue, Apt B, West Berlin, NJ 08091-1658

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026      Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Sklar | andy@sklarlaw.com<br>NJ43@ecfcbis.com;sklar@premierremote.com;NJ18@ecfcbis.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Andrew Sklar | on behalf of Trustee Andrew Sklar andy@sklarlaw.com<br>NJ43@ecfcbis.com;sklar@premierremote.com;NJ18@ecfcbis.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Michael I. Assad | on behalf of Debtor Nazia Kamal mike@assad.law<br>mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4