By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
608-808-3300
mike@assad.law
*Attorney for Debtor*

**Order Filed on August 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# United States Bankruptcy Court
# District of New Jersey

In re:

Nazia Kamal,

Debtor.

Case No.   26-16312-JNP

Chapter:   7

Hearing:   9/17/2026

### Consent Order Resolving Objection to Debtor's Claim of Exemptions

The relief described on Page 2 of this order is hereby **GRANTED.**

**DATED: August 13, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Consent Order Resolving Objection to Debtor's Claim of Exemptions (Cont'd)**

Upon consideration of the Objection to the Debtor's Claim of Exemptions filed by chapter 7 Trustee Andrew Sklar, the response filed by Debtor Nazia Kamal, with a hearing having been held on July 14, 2026, with the consent of the Debtor and the Trustee, and there being $18,800 on hold in the Debtor's account at Wells Fargo Bank N.A. ending in 7653 pursuant to the court's order at ECF No. 28, it is hereby **ORDERED** that:

1.      The Objection is **SUSTAINED** in part.

2.      The Debtor's exemption under 11 U.S.C. § 522(d)(10) is **DISALLOWED** in the amount of **$11,300** but **ALLOWED** in the amount of **$7,500.**

3.      The Trustee is directed to take all steps reasonably necessary to cause Wells Fargo to release $7,500 to the Debtor.

4.      Wells Fargo is authorized and directed to release $11,300 to the Trustee.

*###*

We consent to the form and entry of this order.

/s/ Michael I. Assad
Michael I. Assad
Attorney for Debtor

/s/ Andrew Sklar
Andrew Sklar
Attorney for Trustee

2