By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
608-808-3300
mike@assad.law
*Attorney for Debtor*

**Order Filed on August 13, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

# United States Bankruptcy Court
# District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-16312-JNP |
| Nazia Kamal, | Chapter: 7 |
| Debtor. | Hearing: 9/17/2026 |

## Consent Order Resolving Objection to Debtor's Claim of Exemptions

The relief described on Page 2 of this order is hereby **GRANTED**.

**DATED: August 13, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Consent Order Resolving Objection to Debtor's Claim of Exemptions (Cont'd)**

Upon consideration of the Objection to the Debtor's Claim of Exemptions filed by chapter 7 Trustee Andrew Sklar, the response filed by Debtor Nazia Kamal, with a hearing having been held on July 14, 2026, with the consent of the Debtor and the Trustee, and there being $18,800 on hold in the Debtor's account at Wells Fargo Bank N.A. ending in 7653 pursuant to the court's order at ECF No. 28, it is hereby **ORDERED** that:

1. The Objection is **SUSTAINED** in part.

2. The Debtor's exemption under 11 U.S.C. § 522(d)(10) is **DISALLOWED** in the amount of **$11,300** but **ALLOWED** in the amount of **$7,500**.

3. The Trustee is directed to take all steps reasonably necessary to cause Wells Fargo to release $7,500 to the Debtor.

4. Wells Fargo is authorized and directed to release $11,300 to the Trustee.

###

We consent to the form and entry of this order.

/s/ Michael I. Assad
Michael I. Assad
Attorney for Debtor

/s/ Andrew Sklar
Andrew Sklar
Attorney for Trustee

United States Bankruptcy Court

District of New Jersey

In re:
Nazia Kamal
Debtor

Case No. 26-16312-JNP
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 13, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nazia Kamal, 201 Haddon Avenue, Apt B, West Berlin, NJ 08091-1658 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Sklar | andy@sklarlaw.com<br>NJ43@ecfcbis.com;sklar@premierremote.com;NJ18@ecfcbis.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Andrew Sklar | on behalf of Trustee Andrew Sklar andy@sklarlaw.com<br>NJ43@ecfcbis.com;sklar@premierremote.com;NJ18@ecfcbis.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Michael I. Assad | on behalf of Debtor Nazia Kamal mike@assad.law<br>mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4