UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew Sklar, Esquire (016751992)
Sklar Law, LLC
1020 Laurel Oak Road – Suite 203
Voorhees, New Jersey 08043
Attorney for Chapter 7 Trustee
(856) 258-4050

| | |
|---|---|
| In Re:<br><br>NAZIA KAMAL | Chapter 7<br><br>Hon. Jerrold N Poslusny.<br><br>Case No.: 26-16312/JNP |

**APPLICATION FOR THE ENTRY OF AMENDED CONSENT ORDER RESOLVING TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS**

Andrew Sklar, Chapter 7 Trustee ("Trustee"), by and through counsel, hereby respectfully submits this Application for the entry of the *Consent Order Resolving Trustee's Objection to Debtor's Claim of Exemptions.*

In support of this Application, the Trustee respectfully represents as follows:

1. On June 18, 2026, the Trustee filed an objection to Debtor's claim of exemptions, see Docket #18.

2. On August 12, 2026 the Trustee entered into a Consent Order with the Debtor to amicably resolve the Trustee's objection. See Consent Order entered August 13, 2026, docket #34.

3. The prior Consent Order contained a typo on the amounts due the bankruptcy estate. Therefore, this Amended Consent Order is being submitted to clarify same.

4. Therefore, Trustee is requesting entry of the Amended Consent Order Resolving Objection to Debtor's Claim of Exemptions.

.

Dated: 8/31/2026

/s/ Andrew Sklar_________________
Andrew Sklar, Esquire
Attorney for Chapter 7 Trustee