Certificate Number: 14912-NJ-DE-041404187

Bankruptcy Case Number: 26-16312

14912-NJ-DE-041404187

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 3, 2026, at 1:43 o'clock PM EDT, Nazia Kamal completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: September 3, 2026

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor