**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Nazia Kamal<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–6203 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 26–16312–JNP | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nazia Kamal

9/11/26

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-16312-JNP

Nazia Kamal Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 2

Date Rcvd: Sep 11, 2026 Form ID: 318 Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nazia Kamal, 201 Haddon Avenue, Apt B, West Berlin, NJ 08091-1658 |
| aty | + | Sklar Law, LLC, 1020 Laurel Oak Road, Suite 203, Voorhees, NJ 08043-3518 |
| 521238325 | + | Larry Lynch, 201 Haddon Avenue, Berlin Twp., NJ 08091-1658 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 11 2026 21:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 11 2026 21:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521238310 | + | EDI: CITICORP | Sep 12 2026 01:03:00 | Amex, 9111 Duke Boulevard, Mason, OH 45040-8999 |
| 521238315 | + | Email/PDF: bncnotices@becket-lee.com | Sep 11 2026 21:44:13 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 521238316 | + | EDI: BANKAMER | Sep 12 2026 01:03:00 | BK of Amer, POB 15026, Wilmington, DE 19850-5026 |
| 521238314 | + | EDI: BANKAMER | Sep 12 2026 01:03:00 | Bank of America NA, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 521238313 | + | EDI: CITICORP | Sep 12 2026 01:03:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 521238317 | | EDI: CAPITALONE.COM | Sep 12 2026 01:03:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 521306961 | + | EDI: AIS.COM | Sep 12 2026 01:03:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521246914 | + | EDI: JPMORGANCHASE | Sep 12 2026 01:03:00 | Chase, PO Box 6294, Carol Stream, IL 60197-6294 |
| 521238318 | | EDI: CITICORP | Sep 12 2026 01:03:00 | Citi, PO Box 9001037, Louisville, KY 40290-1037 |
| 521238319 | + | EDI: CAPITALONE.COM | Sep 12 2026 01:03:00 | Discover/Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 521355425 | | EDI: JEFFERSONCAP.COM | Sep 12 2026 01:03:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521238320 | + | EDI: JPMORGANCHASE | Sep 12 2026 01:03:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 521238321 | + | EDI: JPMORGANCHASE | Sep 12 2026 01:03:00 | JPMCB Card, PO Box 6294, Carol Streams, IL 60197-6294 |
| 521238323 | + | EDI: JEFFERSONCAP.COM | Sep 12 2026 01:03:00 | Jefferson Capital System, 200 14th Avenue East, |

| | | | | |
|---|---|---|---|---|
| | | | | Sartell, MN 56377-4500 |
| 521238322 | | EDI: JEFFERSONCAP.COM | Sep 12 2026 01:03:00 | Jefferson Capital Systems LLC, PO Box 772813, Chicago, IL 60677-2813 |
| 521238312 | + | EDI: CITICORP | Sep 12 2026 01:03:00 | Macys/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 521238311 | + | EDI: SYNC | Sep 12 2026 01:03:00 | SYNCB/Ntwk, PO Box 71757, Philadelphia, PA 19176-1757 |
| 521238324 | + | Email/Text: bankruptcy@bbandt.com | Sep 11 2026 21:37:00 | Truist Bank, PO Box 85052, Richmond, VA 23285-5052 |
| 521318818 | + | Email/Text: bankruptcy@bbandt.com | Sep 11 2026 21:37:00 | Truist Bank, P.O Box 1847, Wilson, NC 27894-1847 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Sklar | on behalf of Trustee Andrew Sklar andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;NJ18@ecfcbis.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;NJ18@ecfcbis.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Michael I. Assad | on behalf of Debtor Nazia Kamal mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4