UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew Sklar, Esquire (AS3105)
SKLAR LAW, LLC
1020 Laurel Oak Road, Suite 203
Voorhees, NJ 08043
(856) 258-4050
Attorney for Chapter 7 Trustee

In Re:

**NAZIA KAMAL**

Case No.: **26-16312 JNP**

Judge: Jerrold N. Poslusny

Chapter: 7

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, ANDREW SKLAR, is the (check all that apply):

☒ Trustee ☒ Chap. 7 ☐ Chap. 11 ☐ Chap. 13

☐ Debtor ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of ______________________

2. The applicant seeks to retain the following professional Sharer Petree Brotz & Snyder to serve as (check all that apply):

☐ Attorney for: ☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of ______________________

☒ Accountant for: ☒ Trustee ☐ Debtor-in-Possession

☐ Official Committee of ______________________

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel

☐ Auctioneer ☐ Other (specify): ______________________

3. The employment of the professional is necessary because:

to prepare final estate tax returns,

4. The professional has been selected because:

they have considerable experience in matters of this character and I believe they are well qualified to represent the Trustee

5. The professional services to be rendered are as follows:

to prepare final estate tax returns,

6. The proposed arrangement for compensation is as follows:

Hourly, as set forth on the Certification of Professional subject to Bankruptcy Court approval

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection: ______________________

8. To the best of the applicant's knowledge, the professional (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain: ______________________________________________

______________________________________________

______________________________________________

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: ______________________________________________

______________________________________________

______________________________________________

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: 9/21/26

/s/ Andrew Sklar
Signature