UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

Robert N. Snyder, Jr., CPA
SHARER PETREE BROTZ & SNYDER
1103 Laurel Oak Road
Suite 105B
Voorhees, New Jersey 08043
(856) 435-3200
Accountant for the Chapter 7 Trustee

| | |
|---|---|
| In Re: Nazia Kamal | Case No.: 26-16312 |
| | Judge: Jerrold N. Poslusny Jr. |
| | Chapter: 7 |

**CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL**

I, Robert N. Snyder, Jr., being of full age, certify as follows:

1. I am seeking authorization to be retained as accountant.

2. My professional credentials include: I am a duly licensed Certified Public Accountant in the State of New Jersey; I am also a member of the American Institute of Certified Public Accountants.

3. I am a member of or associated with the firm of: Sharer Petree Brotz & Snyder 1103 Laurel Oak Road, Suite 105B, Voorhees, New Jersey 08043..

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows Partners-$375-$450 per hour, Manager $310-$375 per hour, Senior Associate $250-$295 per hour, and Junior Associate $150-$225 per hour.

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection:________________________________________

________________________________________________________

________________________________________________________

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe Connection: ________________________________________

________________________________________________________

________________________________________________________

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. § 101(14).

☒ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain: ___________________________________________

________________________________________________________

________________________________________________________

8. If the professional is an auctioneer,

The following are my qualifications and experience with the liquidation or sale of similar property: n/a________________________________________

____________________________________________________

____________________________________________________

b. The proposed method of calculation of my compensation, including rates and formulas, is: ______________________________

______________________________

______________________________

Pursuant to D.N.J. 2014-2, I ☐ do or ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

c. The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: n/a

______________________________

______________________________

d. Have you, or a principal of your firm, been convicted of a criminal offense?

☐ No ☐ Yes (explain below)

______________________________

______________________________

______________________________

e. I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: n/a

______________________________

______________________________

I certify under penalty of perjury that the above information is true.

Date: 9/22/26

/s/ Robert N. Snyder
Signature of Professional

*rev.8/1/15*