Order Filed on September 30, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew Sklar, Esquire (AS3105)
SKLAR LAW, LLC
1020 Laurel Oak Road, Suite 203
Voorhees, NJ 08043
(856) 258-4050
Attorney for Chapter 7 Trustee

| | | |
|---|---|---|
| In Re:<br><br>**NAZIA KAMAL** | Case No.: | **26-16312 JNP** |
| | Chapter: | 7 |
| | Judge: | Jerrold N. Poslusny |

**ORDER AUTHORIZING RETENTION OF**

SHARER PETREE BROTZ & SNYDER

The relief set forth on the following page is **ORDERED.**

**DATED: September 30, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain Sharer Petree Brotz & Snyder as Accountants, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: 1103 Laurel Oak Rd, Ste 105B
   Voorhees, NJ 08043

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.