**ROBERT N. SNYDER JR., CPA**
**SHARER PETREE BROTZ & SNYDER**
1103 Laurel Oak Road
Suite 105B
Voorhees, New Jersey 08043
(856) 435-3200
Accountant for the Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: KAMAL, NAZIA** | : **Case No.: 26-16312\JNP** |
| | : |
| **Debtor(s)** | : **Chapter 7** |
| | : |
| | : **Hearing Date: 12/03/26 @ 2:00pm** |

**APPLICATION FOR FINAL COMPENSATION FOR THE**
**ACCOUNTANT FOR THE CHAPTER 7 TRUSTEE**
**FOR THE PERIOD 09/22/26 THROUGH 10/19/26**
**FEES AMOUNT SOUGHT $2,306.00**
**EXPENSES $18.85**

To: The Honorable Jerrold N. Poslusny, Jr.
U. S. Bankruptcy Court

**AND CREDITORS AND PARTIES IN INTEREST AS PROVIDED IN NOTICING BY THE CLERK OF THE U.S. BANKRUPTCY COURT**

The Petition of Robert N. Snyder, Jr., CPA, respectfully represents:

1. I am a Certified Public Accountant in the State of New Jersey under the firm name SHARER PETREE BROTZ & SNYDER, with offices located at 1103 Laurel Oak Road, Suite 105 B, Voorhees, New Jersey 08043, and was duly appointed by an Order of this Court, as Certified Public Accountant for the Chapter 7 Trustee.

2. All of the services for which compensation is requested were performed for and on behalf of the Trustee, and not on behalf of anyone else.

3. Considering the time, the results accomplished, your applicant believes that a reasonable fee for services rendered as accountant for the Trustee is in the sum of $2,324.85.

4. Applicant has received no payments nor promises for payments from any source for services rendered or to be rendered in any capacity whatsoever in connection with this case and there is no agreement or understanding between your applicant and any other person for the sharing of compensation to be received for services rendered in this case.

5. Attached as Exhibit “A”, is a schedule of the services rendered, the dates for each service, the identity of the person rendering the service, a description of the services rendered, and the time spent in rendering the service and the normal billing rate of the person rendering the service.

- Review docket, claims register, petition, schedules, amended schedules and statement of financial affairs for information needed for tax return preparation
- Review consent order on exemptions and turnover of non-exempt funds
- Review cash receipts and disbursements register; determine accruals for tax return
- Prepare federal and state estate tax returns for year ended August 31, 2026 and related work papers; compile for distribution

6. Services rendered were essential to the Trustee's administration. The rate charged is the same rate that was charged to non-bankruptcy clients. To the extent the services of other members and associates of the firm are utilized, their hourly billing rates are consistent with the rates of those accountants listed above who have similar experience and seniority.

7. Accordingly, Petitioner prays that an Order be entered authorizing compensation to the accountant in the amount of $2,306.00 fees and $18.85 expenses.

*/s/ Robert N. Snyder, Jr., CPA*

Dated: 10/22/26