# EXHIBIT "A"

**SHARER PETREE BROTZ & SNYDER**

*Certified Public Accountants*
*Business Advisors*

Laurelwood Corporate Center

18 West King Street
Malvern, PA 19355
610-647-7840

1103 Laurel Oak Road
Suite 105B
Voorhees, NJ 08043

Tel: 856-435-3200
Fax: 856-435-4868
www.SharerPBS.com

INVOICE submitted to:
Kamal, Nazia
c/o Andrew Sklar, Trustee
1020 Laurel Oak Rd.
Suite 203
Voorhees, NJ 08043

October 22, 2026

Invoice # 29976

Professional Services

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 9/22/2026 | RNS | Review note from trustee's assistant re: case background, tax returns needed and related matters | 0.10 | 45.00 |
| | RNS | Review consent order resolving debtor's exemption in pre-petition cash | 0.10 | 45.00 |
| | RNS | Review docket and claims register in preparation for tax work | 0.20 | 90.00 |
| | RNS | Compile documents needed for tax return preparation | 0.20 | 90.00 |
| | RNS | Review petition, schedules, amended schedules and statement of financial affairs filed by debtor in preparation for tax work | 0.30 | 135.00 |
| | RNS | Review cash receipts and disbursements register received from trustee's assistant; note accruals for tax return | 0.30 | 135.00 |
| 9/24/2026 | MD | Meeting with Bob Snyder re: case introduction and related matters | 0.20 | 59.00 |
| | MD | Prepare tax files to accumulate information for 2026 tax return | 0.30 | 88.50 |
| | MD | Review and analyze cash receipts, disbursements and accruals for 2026 tax return | 0.30 | 88.50 |

**Kamal, Nazia**



| | | | Hours | Amount |
|---|---|---|---|---|
| 9/24/2026 | MD | Prepare transmittal letter to trustee, 60-day determination letters to IRS and NJ; draft narrative statements for tax returns | 0.40 | 118.00 |
| | MD | Prepare 08/31/2026 Form 1040, 1041, and NJ-1041 | 1.50 | 442.50 |
| | RNS | Meeting with Michele Dilks re: case background, tax returns to be prepared and related matters | 0.20 | 90.00 |
| 10/1/2026 | MD | Continue to prepare 8/31/2026 Form 1040, 1041, and NJ-1041 | 0.30 | 88.50 |
| | RNS | Review federal and state estate tax returns for year ended August 31, 2026 and related workpapers | 0.30 | 135.00 |
| 10/16/2026 | DLS | Review tax returns | 0.50 | 134.50 |
| 10/19/2026 | MD | Final review; distribute | 0.30 | 88.50 |
| | MD | Review and compile tax returns for distribution to trustee | 0.40 | 118.00 |
| | RNS | Review final tax return package; sign tax returns | 0.20 | 90.00 |
| | RNS | Prepare fee application | 0.50 | 225.00 |
| | For professional services rendered | | 6.60 | $2,306.00 |
| | Additional Charges : | | | |
| 10/19/2026 | Photocopies - 48 @ $20 | | | 9.60 |
| | Postage | | | 9.25 |
| | Total costs | | | $18.85 |
| | Total amount of this bill | | | $2,324.85 |

Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Robert N. Snyder, Jr., CPA/CFF, MBA, CIRA, CFE | 2.40 | 450.00 | $1,080.00 |
| Donna Liedtka-Smith, CPA | 0.50 | 269.00 | $134.50 |
| Michele Dilks, CPA | 3.70 | 295.00 | $1,091.50 |