UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROBERT N. SNYDER, JR., CPA
Sharer Petree Brotz & Snyder
1103 Laurel Oak Road
Suite 105B
Voorhees, NJ 08043
(856)435-3200
Accountant for the Chapter 7 Trustee

In Re:

KAMAL, NAZIA

Case No.: 26-16312

Hearing Date: 12/03/26@2:00PM

Judge: JNP

Chapter: 7

Recommended Local Form: ☒ Followed ☐ Modified

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Sharer Petree Brotz & Snyder | $2,306.00 | $18.85 |

*rev.7/17/2026*