ANDREW SKLAR, ESQUIRE
SKLAR LAW, LLC
1020 Laurel Oak Road, Suite 203
Voorhees, NJ 08043
(856) 258-4050
***Attorney for Chapter 7 Trustee***

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of: | : | IN PROCEEDING UNDER CHAPTER 7 |
| | : | OF THE BANKRUPTCY CODE |
| **NAZIA KAMAL** | : | |
| | : | CASE NO. **26-16312 JNP** |
| | : | |
| Debtor | : | |

***APPLICATION FOR FINAL ALLOWANCE TO ATTORNEY FOR CHAPTER 7 TRUSTEE FOR FEES AND EXPENSES FROM 6/11/26 TO 10/29/26***

TO: THE HONORABLE Jerrold N. Polusney, Jr., J.U.S.B.C.
United States Bankruptcy Court
U.S. Post Office & Courthouse Building
P.O. Box 2067
Camden, New Jersey 08101-2067

The Application of Andrew Sklar, Attorney for Chapter 7 Trustee for the above-referenced debtor, respectfully shows unto this Honorable Court and alleges:

1. That the firm of Sklar Law, LLC. was appointed as counsel to the Chapter 7 Trustee by order dated 5/22/2026, docket #20.
2. That as such Attorney for Chapter 7 Trustee, services were rendered in this case as it appears from Schedule "A" attached to the Certification of Andrew Sklar, Attorney for Chapter 7 Trustee, filed herewith.

3. Applicant seeks allowance of attorneys' fees and expenses from 6/11/26 to 10/29/26, which are broken down as follows:

| | |
|---|---|
| Chapter 7 Attorney for Trustee Fees | $3,502.50 |
| Chapter 7 Attorney for Trustee Expenses | $ 26.86 |
| TOTAL: | $3,529.36 |

**WHEREFORE**, your Applicant prays that it be allowed the sum of $3,502.50 for Attorneys' fees and $26.86 for reimbursement of out-of-pocket expenses.

By: _/s/ Andrew Sklar___________
Andrew Sklar
Attorney for Chapter 7 Trustee

Dated: October 29, 2026