# EXHIBIT "A"

**Sklar Law LLC**
1020 Laurel Oak Road
Suite 203
Voorhees, NJ 08043
8562584050
www.sklarlaw.com

October 29, 2026

Kamal, Nazia

**Invoice Number: 10088**
Invoice Period: 06-11-2026 - 10-29-2026

**RE: Case No. 26-16312-JNP**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-11-2026 | Andrew Sklar | prepare retention application | 0.50 | 425.00 | 212.50 |
| 06-15-2026 | Dolores Murphy | Draft and efile Application Employ General Counsel and serve on interested parties | 1.00 | 200.00 | 200.00 |
| 06-17-2026 | Andrew Sklar | review motion to compel release of property; prepare certification in opposition to motion; legal research regarding comingling of funds; prepare objection to exemptions | 2.20 | 425.00 | 935.00 |
| 06-18-2026 | Andrew Sklar | file opposition to motion and objection to exemptions. | 0.20 | 425.00 | 85.00 |
| 06-18-2026 | Andrew Sklar | prep and file certification of service | 0.20 | 425.00 | 85.00 |
| 07-14-2026 | Andrew Sklar | court appearance on motions regarding exemptions | 1.50 | 425.00 | 637.50 |
| 07-14-2026 | Andrew Sklar | travel to/from courthouse billed at 1/2 hourly rate | 1.20 | 212.50 | 255.00 |
| 08-06-2026 | Andrew Sklar | review/prepare emails to counsel; review counsel's "trace" of funds and review caselaw cited by counsel | 1.00 | 425.00 | 425.00 |
| 08-12-2026 | Andrew Sklar | emails with debtor counsel regarding resolution of motion; review proposed consent order | 0.40 | 425.00 | 170.00 |
| 08-13-2026 | Andrew Sklar | review order from court; prep email with order to Wells Fargo | 0.20 | 425.00 | 85.00 |
| 09-21-2026 | Dolores Murphy | Draft and efile Application Employ Accountant and serve on interested parties | 1.00 | 200.00 | 200.00 |
| 10-29-2026 | Andrew Sklar | prep of final fee application | 0.50 | 425.00 | 212.50 |
| | | | **Total** | | 3,502.50 |

## Time Summary

| Professional | Task | Hours | Amount |
|---|---|---|---|
| Andrew Sklar | *Case Administration | 4.10 | 1,742.50 |
| | *Fee/Employment Applications | 1.00 | 425.00 |

| Professional | Task | Hours | Amount |
|---|---|---|---|
| | *Travel | 1.20 | 255.00 |
| | None | 1.60 | 680.00 |
| Dolores Murphy | *Fee/Employment Applications | 2.00 | 400.00 |
| | | **Total Fees** | 3,502.50 |

## Expenses

| Expense | Description | Amount |
|---|---|---|
| $Copies | Photocopies - App Employ Counsel | 6.40 |
| $Postage | Photocopies - App Employ Counsel | 3.52 |
| $Postage | $Postage - opposition to motion and objection to exemption to debtor and counsel | 2.06 |
| $Copies | Photocopies - opposition to motion and objection to exemption to debtor and counsel | 3.20 |
| $Copies | Photocopies -App employ acct | 8.00 |
| $Postage | Postage -App employ acct | 3.68 |
| | **Total Expenses** | 26.86 |

## Expense Summary

| Expense | Amount |
|---|---|
| $Copies | 17.60 |
| $Postage | 9.26 |
| **Total Expenses** | 26.86 |

| | |
|---|---|
| **Total for this Invoice** | 3,529.36 |
| **Current Account Balance** | 3,529.36 |
| Trust Balance | 0.00 |
| **Total Amount to Pay as of 10-29-2026** | 3,529.36 |