| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Andrew Sklar, Esquire (AS3105)<br>Sklar Law, LLC<br>1020 Laurel Oak Road, Suite 203<br>Voorhees, NJ 08043<br>856-258-4050<br>andy@sklarlaw.com<br>Attorney for Chapter 7 Trustee | |
| In Re:<br><br>**NAZIA KAMAL**<br><br>Debtor | Case No. **26-16312 JNP**<br><br>Chapter 7<br><br>Hearing Date: 12/3/26 @ 2:00 pm<br><br>Judge: Jerrold N. Polusney Jr. |

***ORDER GRANTING ALLOWANCES***

The relief set forth on the following page is hereby **ORDERED**.

Debtor: **NAZIA KAMAL**

Case No.: **26-16312 JNP**

Caption of Order: ***ORDER GRANTING ALLOWANCES***

---

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given creditors and other parties in interest as required; and for good cause shown; it is

**ORDERED** that compensation and expenses are allowed as follows:

| APPLICANT | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| Sklar Law, LLC<br>Attorneys for Chapter 7 Trustee | $3,502.50 | $26.86 |