| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Andrew Sklar, Esquire (AS3105)<br>SKLAR LAW, LLC<br>1020 Laurel Oak Road, Suite 203<br>Voorhees, NJ 08043<br>(856) 258-4050<br>Attorney for Chapter 7 Trustee | Case No.: **26-16312 JNP**<br>Chapter: 7 |
| In Re:<br><br>**NAZIA KAMAL** | Adv. No.: ____<br>Hearing Date: ____<br>Judge: Jerrold N Poslusny |

## CERTIFICATION OF SERVICE

1. I, DOLORES E MURPHY:

☐ represent ______________________________ in this matter.

☒ am the secretary/paralegal for Andrew Sklar, who represents Chapter 7 Trustee in this matter

☐ am the ___________________ in this case and am representing myself.

2. On 10/29/26, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Application for Final Allowance to Attorney for Chapter 7 Trustee for Fees and Expenses, Certification in support and proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/29/26

/s/ Dolores E. Murphy
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Michael I. Assad, Esquire**<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road<br>Suite 336<br>Cherry Hill, NJ 08002 | Atty for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| OFFICE OF US TRUSTEE<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | USTO | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*