Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 26−16312−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nazia Kamal
201 Haddon Avenue
Apt B
West Berlin, NJ 08091

Social Security No.:
xxx−xx−6203

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date: 12/3/26
Time: 02:00 PM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Sklar Law, LLC, Trustee's Attorney

COMMISSION OR FEES
3,502.50

EXPENSES
26.86

If this is a chapter 13 case, the fees and expenses awarded:

☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 30, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:
Nazia Kamal
Debtor

Case No. 26-16312-JNP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3
Date Rcvd: Oct 30, 2026 Form ID: 137 Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nazia Kamal, 201 Haddon Avenue, Apt B, West Berlin, NJ 08091-1658 |
| aty | + | Sklar Law, LLC, 1020 Laurel Oak Road, Suite 203, Voorhees, NJ 08043-3518 |
| 521238325 | + | Larry Lynch, 201 Haddon Avenue, Berlin Twp., NJ 08091-1658 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 31 2026 00:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 31 2026 00:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| acc | + | Email/Text: rsnyder@sharerpbs.com | Oct 31 2026 00:54:00 | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| 521389814 | + | Email/Text: bkfilings@zwickerpc.com | Oct 31 2026 00:55:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 521238310 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2026 01:02:23 | Amex, 9111 Duke Boulevard, Mason, OH 45040-8999 |
| 521238315 | + | Email/PDF: bncnotices@becket-lee.com | Oct 31 2026 01:02:18 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 521238316 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 31 2026 00:53:00 | BK of Amer, POB 15026, Wilmington, DE 19850-5026 |
| 521238314 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 31 2026 00:53:00 | Bank of America NA, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 521238313 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2026 01:02:02 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 521238317 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2026 01:01:40 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 521306961 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 31 2026 01:02:20 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521246914 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 31 2026 01:02:14 | Chase, PO Box 6294, Carol Stream, IL 60197-6294 |
| 521238318 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2026 01:01:46 | Citi, PO Box 9001037, Louisville, KY 40290-1037 |
| 521388742 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2026 01:01:45 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 521238319 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2026 01:01:40 | Discover/Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |

| | | | | |
|---|---|---|---|---|
| 521355425 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 31 2026 00:55:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521238320 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 31 2026 01:01:39 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 521238321 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 31 2026 01:01:56 | JPMCB Card, PO Box 6294, Carol Streams, IL 60197-6294 |
| 521238323 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 31 2026 00:55:00 | Jefferson Capital System, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 521238322 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 31 2026 00:55:00 | Jefferson Capital Systems LLC, PO Box 772813, Chicago, IL 60677-2813 |
| 521238312 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2026 01:02:23 | Macys/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 521238311 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2026 01:01:40 | SYNCB/Ntwk, PO Box 71757, Philadelphia, PA 19176-1757 |
| 521238324 | + | Email/Text: bankruptcy@bbandt.com | Oct 31 2026 00:54:00 | Truist Bank, PO Box 85052, Richmond, VA 23285-5052 |
| 521318818 | + | Email/Text: bankruptcy@bbandt.com | Oct 31 2026 00:54:00 | Truist Bank, P.O Box 1847, Wilson, NC 27894-1847 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Sklar | on behalf of Trustee Andrew Sklar andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;NJ18@ecfcbis.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;NJ18@ecfcbis.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Michael I. Assad | on behalf of Debtor Nazia Kamal mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4